*P. Sweetser*, for the plaintiff.

*O. H. Smith*, for the defendant.

---

HEASTON and Another *v.* FULGHUM.—On appeal.

IN an action against three persons founded on contract, a judgment against two of them only is erroneous, unless there be a return of "not found" as to the other, and a suggestion of the return entered of record. See *Lowe et al.* v. *Blair et al.*, 6 Blackf. 282.—*Depew* v. *Wheelan et al. Id.* 485.—*Bell* v. *The State, Ante*, 33.